IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES KARLOWICZ,** | : | No. 3:20cv488 |
| Plaintiff | : | |
| v. | : | (Judge Munley) |
| | : | |
| **AMERICAN STATES** | : | |
| **INSURANCE COMPANY,** | : | |
| Defendant | : | |

............................................................................................................

**ORDER**

**AND NOW**, to wit, this 27th day of November 2023, for the reasons set forth in the accompanying memorandum, the defendant's motion for summary judgment (Doc. 30) is granted in part and denied in part.

The motion for summary judgment is **GRANTED** with regard to the Unfair Trade Practices and Consumer Protection Law claim in Count IV of plaintiff's complaint.  It is **DENIED** with respect to the claims in Counts I-III.


Date:  __11/27/2023__              BY THE COURT:


                                                                    _s/ Julia K. Munley_____
                                                                    **JUDGE JULIA K. MUNLEY**
                                                                    **United States District Court**